IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VYRON UNTION PORTIS,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:15-CV-0918-N-BK |
| LUPE VALDEZ, et al.,<br>    Defendants. | § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 29th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE